## PATTERSON v. BURLINGTON INDUSTRIES

No. 518P87.

Case below: 87 N.C. App. 176.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

## PHELPS v. DUKE POWER CO.

No. 464PA87.

Case below: 86 N.C. App. 455.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1987.

## RILEY v. RILEY

No. 493P87.

Case below: 86 N.C. App. 636.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

## SAMPSON-BLADEN OIL CO. v. WALTERS

No. 440P87.

Case below: 86 N.C. App. 173.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

## STACK v. MECKLENBURG COUNTY

No. 485P87.

Case below: 86 N.C. App. 550.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.